UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOMAR VENTURA | Case No. 18-CR-10373-PBS |

# JOINT INTERIM STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for February 8, 2019.

(1)  Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery in three productions, on September 24, October 12, and November 21, 2018.  No discovery requests are outstanding.

(2)  Additional Discovery

The Government does not anticipate providing additional discovery at this time.

(3)  Timing of Additional Discovery Requests

With its November 21 production, the Government requested reciprocal discovery from the Defendant; no such discovery has been produced at this time.

(4)  Protective Orders

The United States sought a Protective Order on October 12, 2018 (Dkt. No. 19), which this Court entered the same day (Dkt No. 21).

(5)  Pretrial Motions

The Defendant has not yet determined whether he will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)  Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)   <u>Defenses of Insanity, Public Authority, or Alibi</u>

The Defendant does not intend to raise the defenses of insanity, public authority, or alibi.

(8)   <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's indictment on October 11, 2018 through the date of the interim status conference scheduled for February 8, 2019.  The parties request that the time be excluded until the final status conference.

(9)   <u>Status of Plea Discussions; Likelihood and Estimated Length of Trial</u>

The parties have engaged in preliminary plea discussions.  If a trial is necessary, the parties estimate that a trial in this matter would take approximately three to four days.

(10)  <u>Next Status Conference</u>

Given all of the foregoing information, in particular the need for defense counsel to review much of the discovery with the defendant in person in light of the protective order, the parties request that the interim status conference, scheduled for February 8, 2019, be canceled.  The parties request a final status conference in approximately 45 days.

Respectfully submitted,

| JOMAR VENTURA | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | ANDREW E. LELLING<br>United States Attorney |
| */s/ Joshua Hanye*<br>Joshua Hanye<br>Assistant Federal Defender<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Joshua_Hanye@fd.org<br>617.223.8061 | */s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3251 |

Dated: February 1, 2019

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            */s/ Elianna J. Nuzum*
                                            Elianna J. Nuzum
                                            Assistant United States Attorney

Dated: February 1, 2019